David Young SBN 55341
11150 Olympic Blvd. Ste. 1050
Los Angeles, CA 90064
Tel. (310) 575-0308
Fax (310) 575-0311
Email: dyounglaw@verizon.net

Attorney for Defendants Brian Ganoe, Donald McKay, and Mac McFarlin.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Brian Ganoe, Donald McKay, and<br>Mac McFarlin<br>  Defendants. | Mag. No. 3:09-mj-0001CMK<br>3:09-mj-0002CMK<br>3:09-mj-0003CMK<br><br>Stipulation to Continue Initial Appearance<br>and Order<br><br>Date: April 7, 2009<br>Time: 11:00 A.M.<br>Judge: Hon. Craig M. Kellison |

It is hereby stipulated and agreed between the United States and the defendants, Brian Ganoe, Donald McKay, and Mac McFarlin, through their counsel, David Young, to vacate the initial appearance set for March 3, 2009, at 9:00 A.M. and reschedule the initial appearance to April 7, 2009, at 11:00 A.M.

The defendants request this continuance because they feel this case is primarily civil in nature involving mining claims in the Klamath National Forest, and that adequate time is needed in order to give them an opportunity to see whether the matters at issue can be settled between Defendants and the United States Forest Service.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

///
///
///
///
///

DATED: February 27, 2009   By:   /s/ David Young
                                 Attorney for Defendants

DATED: February 27, 2009         LAWRENCE G. BROWN
                                 Acting United States Attorney

                           By:   /s/ Matthew C. Stegman
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED:

DATED: March 2, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com