David Young SBN 55341
11150 Olympic Blvd. Ste. 1050
Los Angeles, CA 90064
Tel. (310) 575-0308
Fax (310) 575-0311
Email: dyounglaw@verizon.net

Attorney for Defendants Brian Ganoe, Donald McKay, and Mac McFarlin.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Brian Ganoe, Donald McKay, and Mac McFarlin<br><br>Defendants. | Mag. No. 3:09-mj-0001CMK<br>3:09-mj-0002CMK<br>3:09-mj-0003CMK<br><br>Stipulation to Continue Initial Appearance and [Proposed] Order<br><br>Date: July 7, 2009<br>Time: 11:00 A.M.<br>Judge: Hon. Craig M. Kellison |

It is hereby stipulated and agreed between the United States and the defendants, Brian Ganoe, Donald McKay, and Mac McFarlin, through their counsel, David Young, to vacate the initial appearance set for May 5, 2009, at 11:00 A.M. and reschedule the initial appearance to July 7, 2009, at 11:00 A.M.

The defendants request this continuance because they feel this case is primarily civil in nature involving mining claims in the Klamath National Forest, and that adequate

///

///

1

time is needed in order to give them an opportunity to see whether the matters at issue can be settled between Defendants and the United States Forest Service.

DATED: May 1, 2009                          By:   /s/ David Young
                                            Attorney for Defendants

DATED: May 1, 2009                          LAWRENCE G. BROWN
                                            Acting United States Attorney

                                            By:   /s/ Matthew C. Stegman
                                            MATTHEW C. STEGMAN
                                            Assistant U.S. Attorney

# [P R O P O S E D]  O R D E R

IT IS SO ORDERED:

DATED: May 1, 2009

_/s/ Craig M. Kellison_____
HONORABLE CRAIG M. KELLISON
United States Magistrate Judge