David Young SBN 55341
11150 Olympic Blvd. Ste. 1050
Los Angeles, CA 90064
Tel. (310) 575-0308
Fax (310) 575-0311
Email: dyounglaw@verizon.net

Attorney for Defendants Brian Ganoe, Donald McKay, and Mac McFarlin.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Brian Ganoe, Donald McKay, and Mac McFarlin<br><br>Defendants. | Mag. No. 3:09-mj-0001CMK<br>3:09-mj-0002CMK<br>3:09-mj-0003CMK<br><br>Stipulation to Continue Initial Appearance and [Proposed] Order<br><br>Date:  July 20, 2009<br>Time:  11:00 A.M.<br>Judge: Hon. Craig M. Kellison |

It is hereby stipulated and agreed between the United States and the defendants, Brian Ganoe, Donald McKay, and Mac McFarlin, through their counsel, David Young, to vacate the initial appearance set for July 7, 2009, at 11:00 A.M. and reschedule the initial appearance to July 20, 2009, at 11:00 A.M.

The defendants request this continuance because they feel this case is primarily civil in nature involving mining claims in the Klamath National Forest, and that adequate

///

///

G:\Docs\2.  Orders to be Processed\09mj0001.stipo.doc  1

time is needed in order to give them an opportunity to see whether the matters at issue can be settled between Defendants and the United States Forest Service.

DATED:  June 24, 2009               By:    /s/ David Young
                                           Attorney for Defendants

DATED:  June 24, 2009               LAWRENCE G. BROWN
                                    Acting United States Attorney


                                    By:    /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
                                           Assistant U.S. Attorney


[P R O P O S E D]  O R D E R

IT IS SO ORDERED:

Dated:  June 25, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

G:\Docs\2.  Orders to be Processed\09mj0001.stipo.doc   2